SOCIETY FOR ANIMAL RIGHTS, INC., *ET AL.*, PLAINTIFFS-APPELLANTS, v. THE TOWNSHIP OF MAHWAH, DEFENDANT-RESPONDENT, AND COMMUNITY DOG CONTROL, INC., AND TOWN OF KEARNY, DEFENDANTS-RESPONDENTS AND CROSS-APPELLANTS, AND THE BOROUGH OF BERGENFIELD, *ET AL.*, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued February 23, 1977—Decided March 9, 1977.

Before Judges LYNCH, MILMED and ANTELL.

*Mr. John N. Malyska* argued the cause for appellants (*Messrs. Meyner, Landis & Verdon*, attorneys).

*Mr. Kevin W. Funabashi* argued the cause for respondent Township of Mahwah (*Messrs Breslin & Breslin*, attorneys).

*Mr. Gregory S. Baxter* argued the cause for respondent and cross-appellant Community Dog Control, Inc. (*Messrs. Saling, Gassert & O'Mara*, attorneys).

*Mr. Norman A. Doyle, Jr.* argued the cause for respondent and cross-appellant Town of Kearny.

*Mr. Gabriel M. Ambrosio* argued the cause for respondent Township of Lyndhurst (*Messrs. Ambrosio & Ambrosio*, attorneys).

PER CURIAM. The judgment of the Law Division is affirmed substantially for the reasons stated in Judge Pressler's opinion reported at 138 *N. J. Super.* 322 (Law Div. 1975).

We note that in the trial judge's opinion the question of the viability of commercial contracts into which the Hudson-type municipalities have entered was reserved with leave granted to plaintiffs to move, if they so chose, with respect to any such contracts. 138 *N. J. Super.* at 342–343. Subsequent to Judge Pressler's opinion plaintiffs filed a stipulation waiving any right they may have to challenge such contracts. The issue is therefore no longer in the case.